IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER WOLFE, DO,<br><br>     Plaintiff,<br><br>vs.<br><br>WILLIAM HENGHOLD, MD; LUKE HYDER, MD; HENGHOLD SURGERY CENTER, LLC d/b/a HENGHOLD DERMATOLOGY; FOREFRONT DERMATOLOGY<br><br>     Defendants. | Civil Case No. 3:23-CV-21624-TKW-HTC<br><br>**FILED *EX PARTE* AND UNDER SEAL** |

## [PROPOSED] ORDER TO UNSEAL

The United States having elected to intervene in this action for purposes of settlement pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4), the Court ORDERS as follows:

1. This case, including the electronic case docket, Relator's qui tam Complaint, the government's Notice of Intervention in Part, and Proposed Order to Unseal shall be unsealed and served upon Defendants by the United States;

2. All other prior contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants; and

3. The seal shall be lifted as to all matters occurring in this action after the date of this Order.

**IT IS SO ORDERED.**

Dated: _____          _____

                                United States District Judge